1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

ADOLPH GARZA,

        Defendant,

Case No. 18CR1745-BAS

**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE. [ECF 86]**

**IT IS HEREBY ORDERED** that the Defendant's Unopposed Motion for Early Termination of Supervised Release [Dkt. 86] be granted, terminating the period of Garza's supervision as of May 2, 2022, when the Court issued its original Order [Docket 87].

    **IT IS SO ORDERED.**

Dated: 5-12-22

Hon. Cynthia Bashant
U.S. District Court Judge